UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
De La Cruz,

                                Plaintiff(s),

                                                          **O R D E R**

        -against –

                                                          7:25-CV-07909 (CS)


Fiora et al,

                                Defendant(s).
------------------------------------------------------------X

Seibel, J.

        It having been reported to this Court that the claims in this case have been settled, IT IS
HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,
however, that if settlement is not consummated within thirty days of the date of this order,
Plaintiff may apply by letter within the thirty-day period for restoration of the action to the
Calendar of the undersigned, in which event the action will be restored.


        **SO ORDERED**.

Dated: February 4, 2026
        White Plains, New York


_____

        CATHY SEIBEL, U.S.D.J.